```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
THOMAS PEREZ,                                                :
                                                             :
                              Plaintiff,                     :    19-CV-2351 (LAK) (OTW)
                                                             :
              -against-                                      :    **ORDER**
                                                             :
CITY OF NEW YORK, et al.,                                    :
                                                             :
                              Defendants.                    :
                                                             :
-------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

By prior orders, the Court permitted Mr. Akakwam to file a motion to withdraw as Plaintiff's counsel by April 16, 2021 and to file supporting papers under seal as necessary to preserve the confidentiality of the attorney-client relationship. (ECF 46, 49 at 2). Mr. Akakwam filed his letter motion to withdraw on April 16, 2021. (ECF 50). However, in his motion, Mr. Akakwam states that "[t]he attorney-client privilege prohibits the undersigned from a complete discussion and/or disclosure of these matters." (*Id.* at 1 n.1). By **June 2, 2021**, Mr. Akakwam **(1)** may file papers in support of his motion to withdraw under seal and **(2)** shall file a letter indicating whether he will be asserting a retaining or charging lien and whether Plaintiff has consented to his withdrawal.[1] Mr. Akakwam shall promptly serve a copy of this Order on Plaintiff and file proof of service by **May 24, 2021**.

---

[1] Plaintiff was directed to notify the Court by **May 7, 2021** whether he consents to his counsel's withdrawal. Any party objecting to the withdrawal was also directed to file an opposition by **May 7, 2021**. To date, the Court has not received a response from Plaintiff or any opposing party.

**SO ORDERED.**

Dated: May 20, 2021
New York, New York

                                                  *s/ Ona T. Wang*
                                                    **Ona T. Wang**
                                      United States Magistrate Judge