```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
                                                            :
THOMAS PEREZ,                                               :
                                                            :
                            Plaintiff,                      :       19-CV-2351 (LAK) (OTW)
                                                            :
            -against-                                       :       **ORDER**
                                                            :
CITY OF NEW YORK, *et al.*,                                 :
                                                            :
                            Defendants.                     :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed Plaintiff's counsel's motion to withdraw and stay the action for sixty (60) days (ECF 50), as well as the associated filings (ECF 45, 48, 53, 54). Plaintiff's counsel's motion is hereby **GRANTED**.

Plaintiff's (former) counsel is directed to serve a copy of this Order on Plaintiff and file proof of service on the docket by **June 11, 2021**. By **August 6, 2021**, Plaintiff is directed to file a letter informing the Court whether he will be proceeding *pro se* or if he has retained new counsel. If Plaintiff does not file a letter by **August 6, 2021**, the Court will assume Plaintiff is proceeding *pro se*. If Plaintiff has retained new counsel, said counsel must file a notice of appearance by **August 6, 2021**.

Filings by a *pro se* party must be sent to the Pro Se Intake Unit by email ([Temporary_Pro_Se_Filing@nysd.uscourts.gov](mailto:Temporary_Pro_Se_Filing@nysd.uscourts.gov)), regular mail, or in-person delivery at the drop box at the Daniel Patrick Moynihan Courthouse (500 Pearl Street, New York, NY 10007). Instructions for filing are available at [https://nysd.uscourts.gov/forms/instructions-filing-documents-email](https://nysd.uscourts.gov/forms/instructions-filing-documents-email) and [https://www.nysd.uscourts.gov/prose](https://www.nysd.uscourts.gov/prose).

**SO ORDERED.**

Dated: June 7, 2021
New York, New York

_s/  Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge