**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
THOMAS PEREZ, :
:
                Plaintiff, :    19-CV-2351 (LAK) (OTW)
:
     -against- :    **SCHEDULING ORDER**
:
CITY OF NEW YORK, et al., :
:
                Defendants. :
:
:
---------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Defendants' request for an adjournment of the November 2, 2021 Status Conference. The Status Conference is hereby **adjourned to November 9, 2021 at 12:30 p.m.** at the Daniel Patrick Moynihan Courthouse, Courtroom 20D, 500 Pearl Street, New York, NY 10007. Defendants shall mail a copy of this Order to *pro se* Plaintiff (at 1109 Clay Avenue, Apt. 4G Bronx, NY 10456), who is required to appear at the Status Conference. Defendants shall file proof of service by October 18, 2021.

      **SO ORDERED.**

                                              *s/  Ona T. Wang*
Dated: October 14, 2021                                **Ona T. Wang**
      New York, New York                   United States Magistrate Judge