UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
THOMAS PEREZ,

                Plaintiff,

    -against-                                      19-cv-2351 (LAK)

CITY OF NEW YORK, ET AL.,

                Defendants.
------------------------------------------x

                                    **ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/22

LEWIS A. KAPLAN, *District Judge.*

        This action is dismissed for lack of prosecution substantially for the reasons set forth in the amended report and recommendation of Magistrate Judge Ona Wang to which no objections have been filed.

        SO ORDERED.

Dated:     August 25, 2022

                                        /s/    Lewis A. Kaplan
                                        _____
                                                Lewis A. Kaplan
                                          United States District Judge